**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Noe SALAZAR–MONTES, also**
**known as Carlos Noe Salazar, also**
**known as Carlos Salazar, Defendant–**
**Appellant,**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Carlos Noe Salazar, also known as**
**Carlos Salazar, Defendant–**
**Appellant.**

**Nos. 04–50703, 04–50704.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 17, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

Before KING, Chief Judge, and
DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Carlos Noe Salazar–Montes raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

